**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-02219-CMA-KMT

URS CORPORATION,

    Plaintiff,

v.

TDA RESEARCH, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to and in accordance with the Joint Agreed Motion to Dismiss (Doc. # 15), and proposed order signed by the attorneys for the parties hereto, it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorneys' fees and costs.

    DATED:  April 19, 2016

                                       BY THE COURT:

                                       _____
                                       CHRISTINE M. ARGUELLO
                                       United States District Court Judge